IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-MJ-46 |
| | ) | |
| DORIAN H. WILHOIT, | ) | Court Date: February 10, 2025 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E1121556)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 1, 2024, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DORIAN H. WILHOIT, did, while subject to a protective order entered pursuant to Section 19.2-152.9, unlawfully transport a firearm while the order was in effect.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-308.1:4(A).)

Count II (Class A Misdemeanor – E1121555)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 1, 2024, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DORIAN H. WILHOIT, did, while subject to a protective order entered pursuant to Section 19.2-152.9, violate a provision of said protective order by having contact with the protected person.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-60.4(A).)

                    Respectfully submitted,
                    Erik S. Siebert
                    United States Attorney

By: _____/s/_____
        Alex Amico
        Special Assistant United States Attorney
        United States Attorney's Office
        Eastern District of Virginia
        2100 Jamieson Avenue
        Alexandria, VA 22314
        Phone: 703-299-3902
        Fax: 703-299-3980
        Email: alexander.amico@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on February 5, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Alex Amico
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: alexander.amico@usdoj.gov